UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 17-1359-DMG (SPx)** | Date | April 5, 2018 |
|---|---|---|---|

| Title | *LUX EAP, LLC v. Kathleen A. Bruner, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – ORDER RE PLAINTIFF'S MOTION TO DISMISS
SECOND THROUGH EIGHTH COUNTERCLAIMS [39][40]**

On April 3, 2018, Defendants/Counterclaimants Kathleen A. Bruner and Robert Bruner filed an Amended Counterclaim as a matter of course under Rule 15(a).  [Doc. # 47.]  See Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . .").  In light of the foregoing, Plaintiff's Motion to Dismiss Second Through Eighth Counterclaims [Doc. ## 39, 40], filed on March 19, 2018, is DENIED as moot.  The April 27, 2018 hearing is VACATED.

IT IS SO ORDERED.