# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUX EAP, LLC, a Wyoming Limited Liability Company, | Case No.: ED CV 17-1359-DMG (SPx) |
| Plaintiff, | **FINAL JUDGMENT [149]** |
| vs. | |
| KATHLEEN A. BRUNER, ROBERT BRUNER, ROBERT BURKE, COMMUNITY ACTION EMPLOYEE ASSISTANCE PROGRAM, INC., a Non-Profit California corporation, and JOHN/JANE DOES 1-10, | |
| Defendants. | |
| KATHLEEN A. BRUNER, ROBERT BRUNER, | |
| Counterclaimants, | |
| vs. | |
| LUX EAP, LLC, a Wyoming Limited Liability Company, PHIL NEUMAN, COLIN C. CONNER II, JOHN GORZYNSKI, and JOHN/JANE DOES 1-10 inclusive, | |
| Counterdefendants. | |

WHEREAS, the Court's Order Re Defendants and Counterclaimants Kathleen A. and Robert Bruner's Motion for Partial Summary Judgment [106] (the "Summary Judgment Order") entitles Defendants/Counterclaimants Kathleen A. and Robert Bruner (the "Bruners") to a judgment on liability on their breach of contract counterclaim against Plaintiff/Counterdefendant LUX EAP, LLC ("Lux"); and

WHEREAS, the Bruners, on one hand, and Lux and Counterdefendants Phil Neuman, and Colin Conner (collectively with Lux, the "Lux Parties"), on the other hand, entered into (i) a partial settlement agreement (the "Partial Settlement") at a settlement conference conducted on January 25, 2019 before Magistrate Judge Pym, the terms of which are set forth in the transcript of the January 25, 2019 court record [Doc. # 146]; and (ii) a Stipulation Implementing Partial Settlement [Doc. # 149] (the "Stipulation"); and

WHEREAS pursuant to the Partial Settlement and the Stipulation, Lux, while reserving its right to appeal the Summary Judgment Order upon the issuance of a final judgment, has agreed that the Bruners' contract damages consist of two million eight hundred forty-three thousand seven hundred ninety-nine dollars ($2,843,799); and

WHEREAS pursuant to the Partial Settlement and the Stipulation, Lux has also agreed that prejudgment interest on the Bruners' contract damages amounts to two hundred eighty-nine thousand eight hundred thirty-three dollars and seventy-six cents ($289,833.76), which brings the total amount of a judgment on the Bruners' contract counterclaim to three million one hundred thirty-three thousand six hundred thirty-two dollars and seventy-six cents ($3,133,632.76); and

WHEREAS pursuant to the Partial Settlement and the Stipulation, the Bruners have agreed to dismiss their remaining counterclaims without prejudice;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follow:

1. Judgment is hereby entered in favor of the Bruners and against Lux on

the Bruners' breach of contract counterclaim in the amount of three million one hundred thirty-three thousand six hundred thirty-two dollars and seventy-six cents ($3,133,632.76).

    2.    The Bruners' remaining counterclaims are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 1, 2019

                                  DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE