UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUX EAP, LLC, a Wyoming Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN A. BRUNER, ROBERT BRUNER, ROBERT BURKE, COMMUNITY ACTION EMPLOYEE ASSISTANCE PROGRAM, INC., a Non-Profit California corporation, and JOHN/JANE DOES 1-10,<br><br>    Defendants. | Case No.: ED CV 17-1359-DMG (SPx)<br><br>**FINAL JUDGMENT [153]** |
| KATHLEEN A. BRUNER, ROBERT BRUNER,<br><br>    Counterclaimants,<br><br>vs.<br><br>LUX EAP, LLC, a Wyoming Limited Liability Company, PHIL NEUMAN, COLIN C. CONNER II, JOHN GORZYNSKI, and JOHN/JANE DOES 1-10 inclusive,<br><br>    Counterdefendants. | |

WHEREAS, the Court's Order Re Defendants and Counterclaimants Kathleen A. and Robert Bruner's Motion for Partial Summary Judgment [ECF 106] (the "Partial Summary Judgment Order") dismissed the claims asserted by Plaintiff/Counterdefendant Lux EAP, LLC ("Lux") against Defendants/Counterclaimants Kathleen A. and Robert Bruner (the "Bruners"); and

WHEREAS the Partial Summary Judgment Order also entitles the Bruners to a judgment on liability on their breach of contract counterclaim against Lux; and

WHEREAS, the Bruners, on one hand, and Lux and Counterdefendants Phil Neuman, and Colin Conner (collectively with Lux, the "Lux Parties"), on the other hand, entered into (i) a partial settlement agreement (the "Partial Settlement") at a settlement conference conducted on January 25, 2019 before Magistrate Judge Pym, the terms of which are set forth in the transcript of the January 25, 2019 court record [ECF 146]; and (ii) a Stipulation Implementing Partial Settlement [ECF 149] (the "Stipulation"); and

WHEREAS pursuant to the Partial Settlement and the Stipulation, Lux, while reserving its right to appeal the Partial Summary Judgment Order upon the issuance of a final judgment, has agreed that the Bruners' contract damages consist of two million eight hundred forty-three thousand seven hundred ninety-nine dollars ($2,843,799); and

WHEREAS pursuant to the Partial Settlement and the Stipulation, Lux has also agreed that prejudgment interest on the Bruners' contract damages amounts to two hundred eighty-nine thousand eight hundred thirty-three dollars and seventy-six cents ($289,833.76), which brings the total amount of a judgment on the Bruners' contract counterclaim to three million one hundred thirty-three thousand six hundred thirty-two dollars and seventy-six cents ($3,133,632.76); and

WHEREAS the Court, having reviewed the parties' Joint Motion for Rule 54 Judgment [ECF 153], which seeks (i) certification that the Partial Summary Judgment Order and a judgment on the Bruners' breach of contract claim are final under Rule

54(b) of the Federal Rules of Civil Procedure; (ii) a determination that there is no just reason for delay of the Lux Parties' appeal of that final judgment; and (iii) a stay of the Bruners' remaining counterclaims pending the Lux Parties' appeal, hereby certifies this Judgment as final under Rule 54(b) of the Rules of Civil Procedure based on the determination that there is no just reason for delay of an appeal of this Judgment;

WHEREAS the Bruners' remaining counterclaims are hereby stayed pending the outcome of that appeal, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is hereby entered in favor of the Bruners and against Lux on the Bruners' breach of contract counterclaim in the amount of three million one hundred thirty-three thousand six hundred thirty-two dollars and seventy-six cents ($3,133,632.76).

DATED: April 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE