# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUX EAP, LLC, | Case No. 5:17-cv-01359-SP |
| Plaintiff, | |
| v. | **FINAL JUDGMENT ON ALTER EGO COUNTERCLAIM** |
| KATHLEEN A. BRUNER, et al. | |
| Defendants. | |
| | |
| KATHLEEN A. BRUNER, ROBERT BRUNER, | |
| Counter-Plaintiffs, | |
| v. | |
| PHIL NEUMAN, | |
| Counter-Defendant. | |

Pursuant to the Statement of Decision filed on October 31, 2024,

IT IS HEREBY ADJUDGED that Judgment is hereby entered in favor of counter-plaintiffs Kathleen A. Bruner and Robert Bruner (the "Bruners") and against counter-defendant Phil Neuman on the sole remaining claim in this case, namely, the Bruners' alter ego counterclaim contained in the Fifth Amended Counterclaim. Phil Neuman is adjudged to be the alter ego of LUX EAP, LLC ("Lux"), and is liable for the Judgment against Lux (docket no. 154) entered on April 9, 2019 in the amount of $3,133,632.76, plus interest accrued at the rate set forth in 28 U.S.C. § 1961 from April 9, 2019 until such time as the judgment is paid in full.

Dated: January 28, 2025

SHERI PYM
United States Magistrate Judge